[No. 38531-3-I.    Division One.    May 12, 1997.]

DAVID B. JACKSON, ET AL., *Appellants*, v. FERN I. LOCKETT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-01340-6, Michael J. Fox, J., entered March 22, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38553-4-I.    Division One.    May 12, 1997.]

CRAIG MOILANEN, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-15397-6, Charles W. Mertel, J., entered March 25, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38708-1-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAREIC M. VANGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-07685-0, Norma Smith Huggins, J., entered May 20, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38725-1-I.    Division One.    May 12, 1997.]

JERRY FOX, *Appellant*, v. VELIKANJE, MOORE & SHORE, INC., P.S., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-2-01579-9, Heather K. Van Nuys, J., entered July 10 and August 25, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Becker and Cox, JJ.